IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:  CASE NO. 09-10072

PEDRO LUIS COLON MARTINEZ

Chapter 13

DEBTOR(S)

DEBTOR'S CERTIFICATION IN SUPPORT OF WAIVER OF CREDIT COUNSELING REQUIREMENT

WE/I the Debtor(s) in the above-styled case, hereby declare under penalty of perjury that:

1. On 24-11-09 the petition under Chapter 13 was filled.

2. Because I had an arrest order in contempt to the local Court because failure to pay regular Child support I was unable to delay the filling of the petition.

3. Prior to the filling of the petition, I requested credit counseling services from an approved agency, "Consumer Credit Counseling Service Of Puerto Rico", but were unable to obtain the services during the five day period following the request.

4. I intend to obtain a credit counseling briefing within thirty days of the filling of the petition.

IN CAGUAS, PUERTO RICO THIS 7 OF November 20 09

_Pedro L. Colón Martinez_
PETITIONER                                    COPETITIONER