# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: PEDRO LUIS COLON MARTINEZ

Bkrtcy. No. 09-10072-SEK

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Nov 24, 2009
Meeting Date: Jan 07, 2010
DC Track No.: 5

Days from petition date: 44
Meeting Time: 8:00 AM

910 Days before Petition: 5/29/2007
☐ Chapter 13 Plan Date: Nov 17, 2009 Dkt.# 2
☐ Amended.

This is debtor(s) _____ Bankruptcy petition.
Plan Base: $33,600.00

This is the _____ Scheduled Meeting
Confirmation Hearing Date: Feb 10, 2010
Time: 8:30 AM

Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. | Date | Amount
Total Paid In: $0.00

### I. Appearances: ☐ Telephone ☐ Video Conference
☒ Debtor Present ☐ ID & Soc. OK ☐ Debtor Absent
☐ Joint Debtor Present ☐ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☐ Examined ☒ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☐ Substitute attorney: ☐ Pro-se.

☒ Creditor(s) present ☐ None.
BPPR - Gutiérrez

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: JUAN R SIERRA QUINONES*
Total Agreed: $3,000.00
Paid Pre-Petition: $200.00
Outstanding: $2,800.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☐ Above Median Income.
Liquidation Value: TBD
Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD

The Trustee ☐ RECOMMENDS ☐ OBJECTS Plan confirmation.
§341 Meeting ☒ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: May 13, 2010 at 1:00 PM

### V. Trustee's OBJECTIONS to Confirmation:
☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Failure to comply with Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
1) Debtor must file Operational Reports for trucking operation.
2) Debtor must fill out Business Questionaire, and submit Merchant's Registry Certificate and Business Insurance policy and permits.

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Jan 07, 2010